UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD GILBERT CIARLO,<br><br>　　　　　Defendant. | CASE NO. CR08-5408RBL<br><br>INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION |

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appeared through Assistant United States Attorney, David Jennings.

The defendant appeared personally and represented by counsel, Miriam Schwartz.

The U.S. Probation Office filed a petition alleging violations of the terms and conditions of supervision, and the defendant was advised of the allegations and the consequences of being found in violation. The defendant ADMITTED both violations contained in the Petition dated November 17, 2012.

The Court accepted the defendant's admissions and scheduled a Disposition Hearing to be held before Judge Ronald B Leighton on **Friday, February 15, 2013, at 9:00am.**

IT IS ORDERED that the defendant

___ Be released on an appearance bond, subject to the terms and conditions set forth thereon.

<u>X</u> Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 4 day of February, 2013.

*Karen L. Strombom* (signature)

Karen L. Strombom
United States Magistrate Judge